TILLOTSON *v.* STIPP, on Appeal.

*Monday,
July 31.*

HELD, that in cases of demurrer, notwithstanding the defect of the pleading demurred to, the Court always render judgment against the party, whose pleading was first defective (1).

*Held*, also, that in an action of debt on a bond and promissory note, a declaration containing a distinct count on each, is good. *Aliter*, where the bond and note are included in the same count (2).

(1) Although a demurrer is allowed, advantages may yet be taken of any *substantial* defect in the preceding pleadings of the party demurring. 1 Will. Saund. 285, note 5.—1 Chitt. Plead. 647.—*Cooke* v. *Graham's* Adm'r, 3 Cranch, 229.—*Comly* v. *Lockwood*, 15 Johns. Rep. 188.

(2) Any number of causes of action, to which the *indebitatus* count is applicable, may be included in one count; and the plaintiff will succeed *pro tanto*, though he only prove one of the contracts. 2 Chitt. Plead. 82, note u.—1 Chitt. Plead. 337.—2 Will. Saund. 122, note 2.—*Bailey* v. *Freeman*, 4 Johns. Rep. 280.